**DISMISSED and Opinion Filed June 20, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00048-CV**

**IN RE PJD LAW FIRM, PLLC D/B/A DUGAS & CIRCELLI, PLLC, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-17486**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Miskel
Opinion by Justice Miskel

In its January 13, 2023 petition for writ of mandamus, relator challenges a January 6, 2023 order denying relator's motion to transfer venue and denying relator's plea in abatement. On January 31, 2023, we granted, in part, relator's motion to stay the trial court proceedings.

Before the Court is a June 13, 2023 joint motion to dismiss filed by relator and real party in interest. In their motion, relator and real party in interest ask this Court to dismiss this original proceeding because they intend to ask the trial court to dismiss the underlying proceeding by agreement.

Accordingly, we lift our stay, grant the motion, and dismiss this original proceeding.

230048f.p05

/Emily Miskel/
<u> </u>
EMILY MISKEL
JUSTICE